IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY ALVERSON, #132431, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:12-cv-174-WHA |
| | ) | [wo] |
| KIM TOBIAS THOMAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On March 15, 2012, the Magistrate Judge filed a Recommendation in this case to
which no timely objections have been filed.  (Doc. No. 17).  Upon an independent review
of the file in this case and upon consideration of the Recommendation of the Magistrate
Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge
be and is hereby ADOPTED, the Plaintiff's Motion for Preliminary Injunction is hereby
DENIED, and that this case is referred back to the Magistrate Judge for additional
proceedings.

DONE this 19th day of April, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE